IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS§
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DEBORAH K. GORMAN, as trustee for the Thomas E. Grandcolas Revocable Trust dated September 21, 2000, as amended, as representative of the estate of THOMAS E. GRANDCOLAS, deceased, and NANCY C. GRANDCOLAS, individually and as the surviving spouse of THOMAS E. GRANDCOLAS<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and ST. CLAIR SERVICE COMPANY<br><br>Defendants. | Case No. 3:23-pq-369<br><br>Removed from the Twentieth Judicial Circuit, St. Clair County, Illinois, (Case No. 22LA1055) |

### NOTICE TO PLAINTIFFS OF THE FILING OF THE NOTICE OF REMOVAL

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 3, 2023, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Syngenta Crop Protection LLC, filed a Notice of Removal in the United States District Court for the Southern District of Illinois, thereby removing this action to that United States District Court. A copy of the Notice of Removal is attached hereto as Exhibit A and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE that, by virtue of 28 U.S.C. §§ 1332, 1441, and 1446, the above-described state action is now removed to the United States District Court for the

Southern District of Illinois. The state court has no further jurisdiction over this action and you should proceed no further in that court or under its authority.

Dated: February 3, 2023               Respectfully submitted,

*/s/ Michael J. Nester*
Michael J. Nester, #2037211
DONOVAN ROSE NESTER P.C.
15 North 1st Street, Suite A
Belleville, IL 62220
(618) 212-6500 (Tel.)
(618) 212-6501 (Fax)
mnester@drnpc.com

Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 289-5000 (Tel.)
(202) 389-5200 (Fax)
ragan.naresh@kirkland.com

**Counsel for Syngenta Crop Protection, LLC**

## CERTIFICATE OF SERVICE

I, Michael J. Nester, an attorney, on oath hereby certify that on February 3, 2023, I electronically filed the foregoing, **NOTICE TO PLAINTIFFS OF THE NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to the following individuals:

Christopher Cueto, IL 6192248
**LAW OFFICE OF CHRISTOPHER CUETO, LTD.**
7110 W. Main Street
Belleville, IL 62223
Tel: 618-277-1554
Fax: 618-277-0962
ccueto@cuetolaw.com

*Counsel for Plaintiffs*

Joseph P. Danis
Andrew J. Cross
Andrew D. Steiniger
**CAREY DANIS & LOWE**
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
jdanis@careydanis.com
across@careydanis.com
asteiniger@careydanis.com

*Counsel for Plaintiffs*

Anthony G. Hopp
**STEPTOE & JOHNSON LLP**
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Tel: 312-577-1249
Fax: 312-577-1370
ahopp@steptoe.com

*Counsel for St. Clair Service Company*

Anne G. Kimball
Brittany P. Warren
**HEYL, ROYSTER, VOELKER & ALLEN**
33 N. Dearborn Street
Seventh Floor
Chicago, IL 60602
Tel: 312-853-8700
Fax: 309-420-0402
akimball@heylroyster.com
bwarren@heylroyster.com

*Counsel for St. Clair Service Company*

                                            */s/ Michael J. Nester*
                                            Michael J. Nester