UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH K. GORMAN, as trustee for The Thomas E. Grandcolas Revocable Trust dated September 21, 2000, as amended, as representative of the estate of THOMAS E. GRANDCOLAS, deceased, and NANCY C. GRANDCOLAS, individually and as the surviving spouse of THOMAS E. GRANDCOLAS,**<br><br>       Plaintiffs,<br><br>       v.<br><br>**SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and ST. CLAIR SERVICE COMPANY,**<br><br>       Defendants. | |

## MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c) and for the reasons set forth in Plaintiffs' Memorandum in Support of Motion to Remand, which Plaintiffs incorporate herein by reference, Plaintiffs move for an order remanding this action to the Circuit Court for St. Clair County, State of Illinois, for lack of subject matter jurisdiction. Plaintiffs seek such other and further relief as may be just and proper.

Respectfully submitted,

**CAREY DANIS & LOWE**

By: /s/ *Andrew J. Cross*
Joseph P. Danis, Bar No. 622099
Andrew J. Cross, Bar No. 6217361
CAREY DANIS & LOWE
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700
(314) 721-0905 (facsimile)
jdanis@careydanis.com
across@careydanis.com

**LAW OFFICES OF CHRISTOHER CUETO, LTD.**

Christopher Cueto
7110 W Main St.
Belleville, IL 62223
Phone: 618-277-1554
Facsimile: 618-277-0962
cuetolm@cuetolaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, a true copy of the foregoing pleading was filed with the Clerk of Court by means of the CM/ECF filing system, which will send notification of this filing to all parties of record in this case.

/s/Andrew J. Cross

2